**LAW OFFICES OF GABRIEL DEL VIRGINIA**
30 Wall Street-12th Floor,
New York, New York 10005
TELEPHONE 212-371-5478
FAX 212-371-0460
*gabriel.delvirginia@verizon.net*

July 6, 2023

<u>**VIA ECF.**</u>

Hon. Alvin K. Hellerstein, U.S.D.J.,
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK,
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

SO ORDERED.

<u>/s/ Alvin Hellerstein</u>
July 7, 2023

Re:   *In Re: Nosson Sklar*
<u>**22-cv-10896-AKH**</u>

Honorable Judge Hellerstein:

We represent the captioned appellant.

Owing to the submission by appellee's former counsel [*ECF* No. 4], we respectfully request an adjournment of the scheduled conference fo approximately 45 days to allow us to effect contact with appellee and (if any) replacement counsel.

We thank you the Court for its kind consideration of the foregoing request.

Respectfully submitted,

*/s/ Gabriel Del Virginia*
Gabriel Del Virginia

Copy to counsel via *ecf*.