# LAW OFFICES OF GABRIEL DEL VIRGINIA
30 Wall Street-12th Floor,
New York, New York 10005
TELEPHONE 212-371-5478
FAX 212-371-0460
*gabriel.delvirginia@verizon.net*

October 19, 2023

**<u>VIA ECF.</u>**

Hon. Alvin K. Hellerstein, U.S.D.J.,
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK,
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

SO ORDERED.

Dated:   October 19, 2023     /s/ Alvin K. Hellerstein
         New York, New York   ALVIN K. HELLERSTEIN
                              United States District Judge

    Re:   *In Re: Nosson Sklar*
            <u>**22-cv-10896-AKH**</u>

Honorable Judge Hellerstein:

    We represent the captioned appellant.

    An unexpected family travel obligation has arisen that compels us to respectfully request an adjournment of tomorrow's conference for approximately two weeks.

    We thank you the Court for its kind consideration of the foregoing request.

                         Respectfully submitted,

                         */s/ Gabriel Del Virginia*
                         Gabriel Del Virginia

Copy to counsel via *ecf*.