UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
IN RE NOSSON SKLAR,                              :   **ORDER**
                                                 :
                                                 :   22 Civ. 10896 (AKH)
                                                 :
                                                 :
                                                 :
                                                 :
                                      Debtor.    :
                                                 :
---------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

Briefing from the parties is required in order for this case to proceed. Appellant shall file a supplemental brief in support of its appeal by December 1, 2023. Respondent shall file a brief in opposition by January 5, 2024. Appellant will then have until January 19, 2024 to respond in further support of its appeal. These dates are non-adjournable.

    SO ORDERED.

Dated:    November 17, 2023                ___/s/ Alvin K. Hellerstein_____
           New York, New York                 ALVIN K. HELLERSTEIN
                                                       United States District Judge

## 21-CV-8434 ATTACHMENT A: DEFAULTING DEFENDANTS

| NO. | DEFAULTING DEFENDANT | DEFAULTING DEFENDANT'S WRONGFUL USE OF PLAINTIFF'S SQUISHMALLOWS MARKS IN THE UNDISPUTED EVIDENCE | STATUTORY DAMAGES AWARD |
|---|---|---|---|
| 1 | alialialiLL Store | Twenty (20) infringing uses of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.3-22). | $50,000.00 |
| 2 | baby -shopping Store | Seventeen (17) infringing uses of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.31-47). | $50,000.00 |
| 3 | Bazinga Store | Twenty-One (21) infringing uses of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.56-76). | $50,000.00 |
| 4 | BBOTTRUOYS Toy Store | Twenty (20) infringing uses of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.85-104). | $50,000.00 |
| 5 | boboniu Store | Twenty (20) infringing uses of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.113-132). | $50,000.00 |
| 6 | chenwanju Store | Eighteen (18) infringing uses of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.141-158). | $50,000.00 |
| 7 | Children Growing Tree Store | Twenty-One (21) infringing uses of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.167-187). | $50,000.00 |

| | | | |
|---|---|---|---|
| 8 | Chinese Plush Toy Store | Twenty-One (21) infringing uses of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.196-216). | $50,000.00 |

| # | Defendant | Infringement | Amount |
|---|---|---|---|
| 9 | Dongguan Shengen Hardware Plastic Co., Ltd. | One (1) infringing use of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.225). | $50,000.00 |
| 10 | Dongguan Woodfield Baby Products Company Limited | Five (5) infringing uses of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.232-236). | $50,000.00 |
| 11 | Dongguan Xingke Gift Co., Ltd. | One (1) infringing use of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.243). | $50,000.00 |
| 12 | Dropshipping-Toys Store | Seven (7) infringing uses of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.250-256). | $50,000.00 |
| 13 | Fairylands Toy Store | Twenty-One (21) infringing uses of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.265-285). | $50,000.00 |
| 14 | FCOT Store | Fifteen (15) infringing uses of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.292-306). | $50,000.00 |
| 15 | Fourtry Store | Twenty-One (21) infringing uses of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.313-333). | $50,000.00 |
| 16 | Francis 001 Store | Six (6) infringing uses of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.342-344, 350-352). | $50,000.00 |
| 17 | Fun Game Fun Store | Twenty-One (21) infringing uses of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.361-381). | $50,000.00 |
| 18 | Guangdong Sansan Supply Chain Co., Ltd. | Twelve (12) infringing uses of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.390-402). | $50,000.00 |

| | | | |
|---|---|---|---|
| 19 | Guangzhou Little Talent Toys Co., Ltd. | Two (2) infringing use of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.409-410). | $50,000.00 |
| 20 | Guangzhou Yimai Trading Co., Ltd. | Twenty-One (21) infringing uses of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.417-437). | $50,000.00 |
| 21 | Hangzhou Agreat Import & Export Co. Ltd. | Eleven (11) infringing uses of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.444-454). | $50,000.00 |
| 22 | Hebei Kuni Animation Industry Co., Ltd. | Two (2) infringing uses of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.461-462). | $50,000.00 |
| 23 | Henan Yinghuozhiguang Culture Media Co., Ltd. | Two (2) infringing uses of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.469-470). | $50,000.00 |
| 24 | Mikecrack Store | Sven (7) infringing uses of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.477-483). | $50,000.00 |
| ~~25~~ | ~~Monster Jellie Culture Co., Ltd.~~ | ~~One (1) infringing use of Plaintiff's Squishmallows Marks (Complaint, Ex. D, p.490).~~ | ~~$50,000.00~~ |
| 26 | Nanjing Ruifutong Arts And Toys Manufacturing Co., Ltd. | Six (6) infringing uses of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.504-508, 510). | $50,000.00 |
| 27 | QWJA Store | Five (5) infringing uses of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.517-521). | $50,000.00 |
| 28 | Shanghai Qianjiu Trading Co., Ltd. | Two (2) infringing uses of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.528-529). | $50,000.00 |

| | | | |
|---|---|---|---|
| 29 | Shenzen Tongfei International Trade Co., Ltd. | Twenty-One (21) infringing uses of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.536-556). | $50,000.00 |
| 30 | Shenzhen Hechun Technology Co., Ltd. | Eleven (11) infringing uses of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp. 563-573). | $50,000.00 |
| 31 | Shenzhen Qinghong Toys Co., Ltd. | One (1) infringing use of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp. 582). | $50,000.00 |
| 32 | Shop5477120 Store | Eighteen (18) infringing uses of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.589-606). | $50,000.00 |
| 33 | Shop910893006 Store | Nineteen (19) infringing uses of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.615-633). | $50,000.00 |
| 34 | SI TING Store | Twenty (20) infringing uses of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.640-659). | $50,000.00 |
| 35 | SZ Gteak Technology Co., Limited | One (1) infringing use of Plaintiff's Squishmallows Marks (Complaint, Ex. D, p.666). | $50,000.00 |
| 36 | TC XRC Store Store | Seventeen (17) infringing uses of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp. 673-689). | $50,000.00 |
| 37 | TIKTOK IP Store | Twenty (20) infringing uses of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp. 696-715). | $50,000.00 |
| 38 | VL Store | Twenty (20) infringing uses of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.722-741). | $50,000.00 |

| | | | |
|---|---|---|---|
| 39 | Xinxiang Puruige Import And Export Trading Co., Ltd. | One (1) infringing use of Plaintiff's Squishmallows Marks (Complaint, Ex. D, p.748). | $50,000.00 |
| 40 | YaMong Store | Twenty (20) infringing uses of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.755-774). | $50,000.00 |
| 41 | Yangzhou Aixini International Trade Import And Export Co., Ltd. | Three (3) infringing uses of Plaintiff's Squishmallows Marks (Complaint, Ex. D, p.781). | $50,000.00 |
| 42 | ~~Yangzhou Aorunju Gifts Co., Ltd.~~ | ~~Twelve (12) infringing uses of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.788-799).~~ | ~~$50,000.00~~ |
| 43 | ~~Yangzhou Babyjoy Arts & Crafts Co.~~ | ~~One (1) infringing use of Plaintiff's Squishmallows Marks (Complaint, Ex. D, p.806).~~ | ~~$50,000.00~~ |
| 44 | Yangzhou Cuteshoot Plushies Co., Ltd | Four (4) infringing uses of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.813-816). | $50,000.00 |
| 45 | ~~Yangzhou Dulala Crafts Ltd.~~ | ~~One (1) infringing use of Plaintiff's Squishmallows Marks (Complaint, Ex. D, p.823).~~ | ~~$50,000.00~~ |
| 46 | ~~Yangzhou Kingstone Toys Co., Ltd.~~ | ~~Eleven (11) infringing uses of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.830-840).~~ | ~~$50,000.00~~ |
| 47 | Yangzhou Marisa Toy Gifts Co., Ltd. | One (1) infringing use of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.847). | $50,000.00 |
| 48 | Yangzhou SCS Hometextile Co., Ltd | One (1) infringing use of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.854). | $50,000.00 |

| | | | |
|---|---|---|---|
| 49 | ~~Yangzhou Wosen Toys Co., Ltd.~~ | ~~Thirteen (13) infringing uses of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.871-883).~~ | ~~$50,000.00~~ |
| 50 | ~~Yiwu Chuanyu Import And Export Firm~~ | ~~Twelve (12) infringing uses of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.890-901).~~ | ~~$50,000.00~~ |
| 51 | Yiwu Duotong E-Commerce Co., Ltd | One (1) infringing use of Plaintiff's Squishmallows Marks (Complaint, Ex. D, p.915). | $50,000.00 |
| 52 | Yiwu Fuguan Household Supplies Co., Ltd. | Seventeen (17) infringing uses of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.922-938). | $50,000.00 |
| 53 | Yiwu Haiping Bag Factory | One (1) infringing use of Plaintiff's Squishmallows Marks (Complaint, Ex. D, p.945). | $50,000.00 |
| 54 | Yiwu Quanfa Import & Export Company Limited | One (1) infringing use of Plaintiff's Squishmallows Marks (Complaint, Ex. D, p.952). | $50,000.00 |
| 55 | ~~Yiwu Victory Import & Export Co., Ltd.~~ | ~~One (1) infringing use of Plaintiff's Squishmallows Marks (Complaint, Ex. D, p.959).~~ | ~~$50,000.00~~ |
| 56 | Yiwu Xintu Import And Export Co., Ltd. | Nine (9) infringing uses of Plaintiff's Squishmallows Marks (Complaint, Ex. D, pp.966-974). | $50,000.00 |