UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------  X
IN RE NOSSON SKLAR,                                           :    ORDER
                                                              :
                                                              :    22 Civ. 10896 (AKH)
                                                              :
                                                              :
                                                              :
                                                   Debtor.    :
                                                              :
------------------------------------------------------------  X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

Plaintiff was given a month to perfect its appeal and file a briefing schedule (*See* ECF No. 17), and it has failed to do so. Accordingly, this case is dismissed. The Clerk of Court shall terminate any open motions and close the case.

SO ORDERED.

Dated:   May 6, 2024                             /s/ Alvin K. Hellerstein
         New York, New York                      ALVIN K. HELLERSTEIN
                                                 United States District Judge